IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LESLIE LAFEVER MILLER**                                                                         **PETITIONER**
**REG. #20993-075**

v.                              CASE NO. 2:16CV00084 BSM

**T C OUTLAW, Director,**
**Warden, FCI-Forrest City**                                                                      **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 2] has been reviewed. No objections have been filed. After review, the RD is adopted, and the clerk is directed to immediately transfer this case to the United States District Court for the Northern District of Alabama, Eastern Division, 1729 5th Avenue North, Birmingham, Alabama, 35203.

IT IS SO ORDERED this 28th day of July 2016.

UNITED STATES DISTRICT JUDGE