IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LESLIE LAFEVER MILLER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 1:16-cv-1236-VEH-TMP ) |
| BECKY CLAY, Warden; FCI Tallageda, Alabama, | ) ) ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On September 15, 2017, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. (Doc. 17). Petitioner filed objections on September 25, 2017. (Doc. 18). Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* is due to be **DENIED AND DISMISSED WITH PREJUDICE**. A separate final judgment will be entered.

**DONE** and **ORDERED** this 27th day of September, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge